IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | |
| v. | 1:18 CR 721 |
| JOSEPH WILLIAMS, | CASE NO. _____ |
| Defendant. | Title 18, Section 922(a)(6), United States Code |

FILED
2018 DEC -4 PM 12: 49

JUDGE OLIVER

COUNT 1
(False Statement during Purchase of a Firearm,
in violation of 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

1. On or about August 31, 2018, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH WILLIAMS, in connection with the attempted acquisition of a firearm, to wit: a Taurus G2C 9 mm pistol, bearing serial number TLR58467, from Fin Feather Fur Outfitters, 18030 Bagley Road, Middleburg Heights, Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on a Federal Firearms Transaction Record, that being ATF Form 4473, that he has never been convicted in any court of a misdemeanor crime of domestic violence, when in truth and in fact, Defendant was convicted of such a crime, on or about November 8, 2011, in Case Number CRB1102036A, in Cleveland Heights Municipal Court, in violation of Title 18, United States Code, Section 922(a)(6).

COUNT 2
(False Statement during Purchase of a Firearm,
in violation of 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

2. On or about September 5, 2018, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH WILLIAMS, in connection with the attempted acquisition of a firearm from Atwell's Police & Fire Equipment Company, 207 Chestnut Street, Painesville, Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on a Federal Firearms Transaction Record, that being ATF Form 4473, that he has never been convicted in any court of a misdemeanor crime of domestic violence, when in truth and in fact, Defendant was convicted of such a crime, on or about November 8, 2011, in Case Number CRB1102036A, in Cleveland Heights Municipal Court, in violation of Title 18, United States Code, Section 922(a)(6).

COUNT 3
(False Statement during Purchase of a Firearm,
in violation of 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

3. On or about October 27, 2018, in the Northern District of Ohio, Eastern Division, Defendant JOSEPH WILLIAMS, in connection with the attempted acquisition of a firearm from Atlantic Gun & Tackle, 5425 Northfield Road, Bedford Heights, Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the

lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and represent on a Federal Firearms Transaction Record, that being ATF Form 4473, that he was not subject to a court order restraining him from harassing, stalking, or threatening his child or an intimate partner or child of such partner, when in truth and in fact, Defendant was subject to such a court order, issued on or about September 25, 2018, through on or about October 3, 2021, in Case Number DV18 373712, in Cuyahoga County Court of Common Pleas, and that he has never been convicted in any court of a misdemeanor crime of domestic violence, when in truth and in fact, Defendant was convicted of such a crime, on or about November 8, 2011, in Case Number CRB1102036A, in Cleveland Heights Municipal Court, all in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.