FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FEB -6 PM 3: 20

... U.S. DISTRICT COURT
.... DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>SUPERSEDING INDICTMENT</u> |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH WILLIAMS, | ) | CASE NO. <u>1:18CR721</u> |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Sections 922(a)(6) and 922(g)(8) |
| | ) | |

<u>COUNT 1</u>
(False Statement during Purchase of a Firearm,
18 U.S.C. § 922(a)(6))

The Grand Jury charges:

1.      On or about August 31, 2018, in the Northern District of Ohio, Eastern Division,

Defendant JOSEPH WILLIAMS, in connection with the attempted acquisition of a firearm, to

wit:  a Taurus G2C 9 mm pistol, bearing serial number TLR58467, from Fin Feather Fur

Outfitters, 18030 Bagley Road, Middleburg Heights, Ohio, a federally licensed dealer of

firearms, did knowingly and unlawfully make and cause to be made false and fictitious

statements, intended and likely to deceive said dealer with respect to facts material to the

lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18

of the United States Code, in that Defendant did knowingly state and represent on a Federal

Firearms Transaction Record, that being ATF Form 4473, that he has never been convicted in

any court of a misdemeanor crime of domestic violence, when in truth and in fact, Defendant

was convicted of such a crime, on or about November 8, 2011, in Case Number CRB1102036A,

in Cleveland Heights Municipal Court, in violation of Title 18, United States Code, Section

922(a)(6).

## COUNT 2
### (False Statement during Purchase of a Firearm,
### 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

2.      On or about September 5, 2018, in the Northern District of Ohio, Eastern

Division, Defendant JOSEPH WILLIAMS, in connection with the attempted acquisition of a

firearm from Atwell's Police & Fire Equipment Company, 207 Chestnut Street, Painesville,

Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to

be made false and fictitious statements, intended and likely to deceive said dealer with respect to

facts material to the lawfulness of the sale and acquisition of said firearm under the provisions of

Chapter 44, Title 18 of the United States Code, in that Defendant did knowingly state and

represent on a Federal Firearms Transaction Record, that being ATF Form 4473, that he has

never been convicted in any court of a misdemeanor crime of domestic violence, when in truth

and in fact, Defendant was convicted of such a crime, on or about November 8, 2011, in Case

Number CRB1102036A, in Cleveland Heights Municipal Court, in violation of Title 18, United

States Code, Section 922(a)(6).

## COUNT 3
### (False Statement during Purchase of a Firearm,
### 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

3.      On or about October 27, 2018, in the Northern District of Ohio, Eastern Division,

Defendant JOSEPH WILLIAMS, in connection with the attempted acquisition of a firearm from

Atlantic Gun & Tackle, 5425 Northfield Road, Bedford Heights, Ohio, a federally licensed

dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious

statements, intended and likely to deceive said dealer with respect to facts material to the

lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18

of the United States Code, in that Defendant did knowingly state and represent on a Federal

Firearms Transaction Record, that being ATF Form 4473, that he was not subject to a court order

restraining him from harassing, stalking, or threatening his child or an intimate partner or child

of such partner, when in truth and in fact, Defendant was subject to such a court order, issued on

or about September 25, 2018, through on or about October 3, 2021, in Case Number DV18

373712, in Cuyahoga County Court of Common Pleas, and that he has never been convicted in

any court of a misdemeanor crime of domestic violence, when in truth and in fact, Defendant

was convicted of such a crime, on or about November 8, 2011, in Case Number CRB1102036A,

in Cleveland Heights Municipal Court, all in violation of Title 18, United States Code, Section

922(a)(6).


## COUNT 4
### (Possession of a Firearm by a Prohibited Person,
### 18 U.S.C. § 922(g)(8))

The Grand Jury further charges:

4.      On or about January 4, 2019, in the Northern District of Ohio, Eastern Division,

Defendant JOSEPH WILLIAMS, who was subject to a court order issued on or about September

25, 2018, through on or about October 3, 2021, in Case Number DV18 373712, in Cuyahoga

County Court of Common Pleas, and issued after a hearing of which he received actual notice,

and at which he had an opportunity to participate, restraining him from harassing, stalking, or

threatening his child or an intimate partner or child of such partner, that by its terms explicitly

prohibited the use, attempted use or threatened use of physical force against such intimate

3

partner that would reasonably be expected to cause bodily injury, did knowingly possess in and affecting interstate commerce, a firearm and ammunition, to wit:  a Walther, Model P22, 9 mm, semi-automatic pistol, bearing serial number L215732, in violation of Title 18, Section 922(g)(8), United States Code.


TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

4