# Cleveland Heights

40 Severance Circle Cleveland Heights, OH 44118 216-321-1234

*Incident / Offense Report*

**Incident Number**
*11-07649*

| Method Received | Time Received | Time Dispatched | Time Arrived | Time Cleared |
|---|---|---|---|---|
| E | 14:45:00 | 14:45:00 | 14:48:00 | 15:30:00 |

| Report Date / Time | | Incident Occurred From | | Incident Occured To | |
|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time |
| Monday 11/07/2011 | 16:00:00 | Monday 11/07/2011 | 14:45:00 | Monday 11/07/2011 | 15:30:00 |

Location of the Incident (Street #, Street, Apt. #, City, State, Zip) — Zone
**HELMSDALE RD CLEVELAND HEIGHTS OH 44112** — **M**

Persons Involved: **JOSEPH A WILLIAMS -**

**JOSEPH A WILLIAMS - ARA**

Property: **0**
Amount: **0.00**

| | Units: | Officers: |
|---|---|---|
| 1st: | | **MATTHEW D CINADR** |
| 2nd: | | **DANIEL R LASTORIA** |
| 3rd: | 1779 | **MATTHEW D CINADR** |
| 4th: | 1262 | **DANIEL R LASTORIA** |
| 5th: | | |

Photos: **0**

### OFFENSES

| Codes: | Descriptions: |
|---|---|
| 1313 | SIMPLE ASSAULT |
| 3898 | DOMESTIC VIOLENCE |

Weapons Used: **FIRE/INCENDIARY DEVICE**

Trade Marks: **Not Known**

Hate Bias:

Entry: **Unkown**

Location Type: **Single Family Home**

Refer to Arrest: | Incident #: | Tow#: | Dispatcher: **SGC** | Officer in Charge: **ELW** | Entry Id: **SGC**

Case Status: | Cleared Date: | Cleared By:

---

**Narrative:** 11-07649    Page: 1

CALLER REPORTS THAT HER CHILDREN'S FATHER ASSAULTED HER AT THE ABOVE LOCATION. C-1779 REPORTS RETURNING ONE MALE FROM SCENE.

Reviewing Supervisor: | Bureau Supervisor: | Officer:

# Cleveland Heights

Investigative Report    Title / Subject: DOMESTIC VIOLENCE/ASSAULT

**Incident Number**

**11-07649**

ON 11/7/11 AROUND 1445 HOURS, OFFICER LASTORIA AND I RESPONDED TO THE AREA OF HELMSDALE FOR A REPORT BY              THAT HER CHILD'S FATHER ASSAULTED HER.         TOLD DISPATCH THAT JOSEPH WILLIAMS PUSHED HER AND HIT HER. WILLIAMS LEFT THE AREA OF     HELMSDALE AND WAS LAST SEEN WALKING TOWARDS NORTH TAYLOR.

OFFICER LASTORIA AND I WERE ABLE TO LOCATE A MALE WHO IDENTIFIED HIMSELF AS JOSEPH A WILLIAMS DOB       AT THE INTERSECTION OF NORTH TAYLOR AND NORTHVALE. WILLIAMS WAS CALM AND STATED THAT HE GOT INTO A VERBAL ARGUMENT WITH           ABOUT THEIR CHILD,                                (8 MONTHS OLD). HE STATED THAT HE NEVER PUT HIS HANDS ON             AND THAT SHE NEVER TOUCHED HIM.

WILLIAMS AGREED TO GO BACK TO       HELMSDALE WITH OFFICERS WHILE THE INVESTIGATION CONTINUED. AT      HELMSDALE I SPOKE WITH            AND HER GRANDMOTHER/LEGAL GUARDIAN          I GATHERED THE FOLLOWING INFORMATION FROM

ON TODAY'S DATE, JOSEPH WILLIAMS CAME OVER TO       HELMSDALE TO DROP OFF DIAPERS FOR THEIR CHILD. JOSEPH WILLIAMS AND              QUICKLY GOT INTO A VERBAL ARGUMENT. WILLIAMS GRABBED AT          NECK BUT SHE PUSHED HIM AWAY. WILLIAMS STATED, "BITCH, I WILL BREAK YOUR FUCKING FACE."            TOLD WILLIAMS TO LEAVE AND SHE WENT UPSTAIRS TO HER BEDROOM WITH THEIR 8 MONTH OLD SON. WILLIAMS FOLLOWED AND PUSHED          ONTO THE BED WITH A LOT OF FORCE.        HAD THEIR SON       IN HER ARMS, BUT WAS ABLE TO PROTECT HIM.       PUSHED WILLIAMS SO HE WOULD LEAVE. WILLIAMS RESPONDED BY PUSHING      AND TELLING HER THAT HE WOULD KILL HER.          GRABBED HER CELL PHONE TO CALL 911. BEFORE SHE COULD MAKE CONTACT WITH A 911 OPERATOR, WILLIAMS GRABBED THE PHONE AND BROKE IT. HE THEN PUSHED         OFF OF THE BED.       GOT UP AND WAS IMMEDIATELY SMACKED WITH AN OPEN HAND OF WILLIAMS ACROSS HER LEFT SIDE OF THE FACE. WHILE SMACKING            WILLIAMS OPENED A SMALL CUT ABOVE HER LEFT EYE, ABOUT AN INCH LONG.

       AND WILLIAMS CONTINUED TO ARGUE. THEY WENT TO THE FRONT YARD WHERE WILLIAMS REFUSED TO GIVE         THEIR CHILD.         DECIDED TO GO NEXT DOOR TO             WHERE SHE HAS OTHER FAMILY.                    , OF     HELMSDALE, SAW WILLIAMS AND         ARGUING IN THE FRONT YARD BUT NEVER SAW ANY PHYSICAL CONTACT BETWEEN THE TWO.            CALLED POLICE FROM      HELMSDALE. WILLIAMS GAVE       TO ONE OF THE FAMILY MEMBERS AT     HELMSDALE AND LEFT THE AREA.

THE ONLY PEOPLE AT      HELMSDALE DURING THE INCIDENT WERE                    , JOSEPH WILLIAMS, AND THEIR CHILD      .               .          SHOWED UP TO THE SCENE AFTER WILLIAMS LEFT.

By: PO MATTHEW D CINADR    Badge# MDC    Date: 11/07/2011    Time: 1649    No. 001    Page #: 1

Reviewing Supervisor: _____    Date: _____

# Cleveland Heights

**Investigative Report**  Title / Subject: DOMESTIC VIOLENCE/ASSAULT

**Incident Number**

*11-07649*

TWO PHOTOGRAPHS WERE TAKEN OF              WHERE SHE HAD A CUT ABOVE HER LEFT EYE. JOSEPH WILLIAMS STATED HE DID NOT HAVE ANY INJURIES.

         STATED JOSEPH WILLIAMS AND HER HAVE GOT INTO PHYSICAL ALTERCATIONS IN THE PAST BUT NO CRIMINAL CHARGES WERE EVER PURSUED.

OFFICER LASTORIA AND I RETURNED JOSEPH WILLIAMS TO THE CLEVELAND HEIGHTS POLICE STATION FOR DOMESTIC VIOLENCE AND ASSAULT. HE WAS PROCESSED AND BOOKED IN WITHOUT INCIDENT.

         SIGNED COMPLAINTS FOR DOMESTIC VIOLENCE AND ASSAULT. SINCE       WAS A JUVENILE, HER LEGAL GUARDIAN        WAS PRESENT FOR ALL STATEMENTS AND COMPLAINTS REGARDING THE INCIDENT. A TEMPORARY PROTECTION WAS REQUESTED BY

**By:** PO MATTHEW D CINADR  **Badge#** MDC  **Date:** 11/07/2011  **Time:** 1649  No. 001  **Page #:** 2

**Reviewing Supervisor:** _____  **Date:** _____