# CLEVELAND HEIGHTS MUNICIPAL COURT

STATE OF OHIO,
CITY OF CLEVELAND HEIGHTS,              CASE NO. CRB 1102036
           Plaintiff,

V.

Joseph Williams,                        JOURNAL ENTRY
           Defendant.

Charges: Dom Vio, Assault, Endang Children

DEC 2 2 2011

Prosecutor's Motion made on _____ 20 ____

___ to Amend charge of _____

✓ to Dismiss charge of Dom Vio & Endanger Children

___ Felony charge(s) being dismissed and a misdemeanor complaint having been

filed for _____
          BOND ON FELONY CHARGE TRANSFERRED TO MISDEMEANOR CHARGE

Reason _____

                                        DEC 2 2 2011
✓ Sustained      ___ Overruled on _____

Plea of not guilty withdrawn and a plea of  N/G  is entered to

Assault 2903.13A (M1)
CHARGE(s) AND CODE SECTION(s)

and is accepted after examination of defendant by the Court.

Judge / Magistrate

STATE OF OHIO         I, Saundra D. Berry, Clerk
CUYAHOGA COUNTY       of the Cleveland Heights
Municipal Court hereby certify that the above and
foregoing is a true copy of the original
Cleveland Hts Journal Entry
on file in my office. WITNESS MY HAND AND COURT
SEAL THIS DATE OF: 11-5-18
                    SAUNDRA D. BERRY, CLERK
By _____
Deputy Clerk

2/2002