**From:** @hotmail.com>
**Date:** November 3, 2018 at 11:24:25 EDT
**To:** Joseph Williams <csustudent2019@gmail.com>
**Subject: Re: ARMSLIST - Message from csustudent2019@gmail.com about Walther P22**

Yes, that will be fine. If you'd like to call or text when you get there, my number is 440-

Thanks!

On Nov 3, 2018, at 10:34, Joseph Williams <csustudent2019@gmail.com> wrote:

> Good Morning Michael, 1pm at Target off w117 still good for you ?
>
> On Fri, Nov 2, 2018 at 10:40
> < @hotmail.com> wrote:
>> Ok, see you then.

**From:** Joseph Williams <csustudent2019@gmail.com>
**Sent:** Friday, November 2, 2018 10:38 AM

**To:**
**Subject:** Re: ARMSLIST - Message from csustudent2019@gmail.com about Walther P22

Great see you then.

On Fri, Nov 2, 2018 at 10:33
< @hotmail.com> wrote:
> Sounds good to me!
>
> Thanks.

**From:** Joseph Williams <csustudent2019@gmail.com>
**Sent:** Friday, November 2, 2018 10:28 AM

**To:**
**Subject:** Re: ARMSLIST - Message from csustudent2019@gmail.com about Walther P22

No problem, I'm familiar with area. I'll send email tomorrow morning to confirm 1pm at Target on w117

On Fri, Nov 2, 2018 at 10:20
@hotmail.com> wrote:
> I like to meet at the Target parking log off W. 117 & 90.

**From:** Joseph Williams <csustudent2019@gmail.com>
**Sent:** Friday, November 2, 2018 10:14 AM

**To:**
**Subject:** Re: ARMSLIST - Message from csustudent2019@gmail.com about Walther P22

Cool beans ! What's a good meeting location ?

On Fri, Nov 2, 2018 at 10:13
< @hotmail.com> wrote:
> Yes, I will be available after 1:00 pm tomorrow if that works for you.

Thanks

**From:** Joseph Williams <csustudent2019@gmail.com>
**Sent:** Friday, November 2, 2018 9:57 AM
**To:**
**Subject:** Re: ARMSLIST - Message from csustudent2019@gmail.com about Walther P22

Yes, will you be available tomorrow morning or afternoon ? I'm currently working security and agreed to stay over for overtime tonight.

On Fri, Nov 2, 2018 at 09:52          @hotmail.com> wrote:
> Hi Joseph,
>
> I am at work until 3 today. Is there anything I can answer through email until then?
>
> Thanks,

**From:** sender@smtp2.armslist.com <sender@smtp2.armslist.com> on behalf of replyrequested@armslist.com <replyrequested@armslist.com>
**Sent:** Friday, November 2, 2018 9:48 AM
**To:**              @hotmail.com
**Subject:** ARMSLIST - Message from csustudent2019@gmail.com about Walther P22

Message from: csustudent2019@gmail.com

Message regarding: Walther P22

Good Morning my name is Joseph & im interested in buying your firearm that you have available. Feel free to email me or call me at 216-

New Product Spotlight Ep02: Rise Armament 315c